**UNITED STATES COURT OF INTERNATIONAL TRADE**

_____

| | |
|---|---|
| In re Section 301 Cases, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.           : | Court No. 21-00052 |
| : | |
| United States, : | |
| : | |
| Defendant. : | |
| _____: | |

_____

| | |
|---|---|
| Soule, Blake & Wechsler Inc. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.           : | Court No. 20-00798, as per schedule attached |
| : | |
| United States, : | |
| : | |
| Defendant. : | |
| _____: | |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

Pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned hereby gives notice that Navpreet K. Moonga is no longer affiliated with Barnes, Richardson & Colburn LLP, counsel for the plaintiffs in the above captioned actions and for the actions listed on the attached schedule. Navpreet K. Moonga should be removed as an attorney of record in the above-captioned matters and for the matters as indicated on the attached schedule. Barnes, Richardson & Colburn, LLP remains counsel to plaintiff and Matthew T. McGrath remains lead counsel.

                              Respectfully submitted,
                              BARNES, RICHARDSON & COLBURN LLP

                              /s/Fredreric D. Van Arnam , Jr
                              Barnes, Richardson, & Colburn, LLP
                              100 William Street, Suite 305
                              New York, New York 10038,
                              rvanarnam @barnesrichardson.com

June 20, 2022

Schedule of Cases to Notice of Withdrawal

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 20-00798 | Soule, Blake & Wechsler Inc. v. United States et al | Soule, Blake & Wechsler Inc. |
| 20-01095 | Generic Crop Science LLC v. United States et al | Generic Crop Science LLC |
| 20-01226 | NTN Bearing Corporation of America et al v. United States et al | NTN Bearing Corporation of America; NTN Driveshaft, Inc.; NTN Driveshaft Anderson, Inc.; and NTN Bower Corporation |
| 20-01267 | Rainbow Play Systems, Inc. v. United States et al | Rainbow Play Systems, Inc. |